UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Kevin D. Holtman<br>Attorney at Law, Bar No. 11603 | Case No. 2:23-ms-00031<br><br>ORDER OF DISBARMENT |

Attorney Kevin D. Holtman, Bar No. 11603, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed May 16, 2023. On May 22, 2023, this Court issued and entered an initial Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail. However, the Order to Show Cause was returned from the United States Postal Service as undeliverable. Regardless, the OSC provided Mr. Holtman with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Kevin D. Holtman. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Kevin D. Holtman, Bar No. 11603, is hereby disbarred from practice in the United States District Court for the District of Nevada.

DATED THIS 22nd Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th Day of June 2023, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Kevin D. Holtman
> P.O. Box 371929
> Las Vegas, NV 89137

Certified Mail No.: 7020 3160 0000 7420 3661

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada